IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JUANITA CARR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-cv-00171-FJG |
| | ) | |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

To:  NCO Financial Systems, Inc.
 c/o Paul Croker
 Wallace, Saunders, Austin, Brown & Enochs
 10111 West 87th Street
 Overland Park, KS 66212

 You are hereby notified that the Plaintiff, Juanita Carr, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, NCO Financial Systems, Inc., and attached as Exhibit 1.

>Respectfully submitted,
>Juanita Carr
>By Counsel,
>
>
>By: /s/ J. Mark Meinhardt
>J. Mark Meinhardt, #53501
>9400 Reeds Road, Suite 210
>Overland Park, KS 66207
>(913) 451-9797 Telephone
>(913) 451-6163 Facsimile
>mark@meinhardtlaw.com
>**ATTORNEY FOR PLAINTIFF**

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Paul Croker
pcroker@wallacesaunders.com

I hereby certify that on May 29, 2012, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to (913) 888-1065 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

NCO Financial Systems, Inc.
c/o Paul Croker
Wallace, Saunders, Austin, Brown & Enochs
10111 West 87th Street
Overland Park, KS 66212

/s/Sherri S. Fisher
Sherri S. Fisher
Paralegal to J. Mark Meinhardt