# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JUANITA CARR, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:12-CV-00171-FJG |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED, pursuant to the offer and acceptance of judgment filed in this matter on May 29, 2012, that judgment be entered in favor of plaintiff Juanita Carr against NCO Financial Systems, Inc., for statutory damages in the amount of $1,000.00, plus actual damages in the amount of $250.00, for a total damages award of $1,250.00.

IT IS FURTHER ORDERED AND ADJUDGED, pursuant to the offer and acceptance of judgment filed in this matter on May 29, 2012, that judgment be entered in favor of plaintiff Juanita Carr against NCO Financial Systems, Inc., for attorney fees and costs in the amount of $1,885.00.

Date: June 29, 2012  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge