IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUANITA CARR, | |
| Plaintiff, | Civil Action Number |
| vs. | 4:12-cv-00171-FJG |
| NCO FINANCIAL SYSTEMS, INC., | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Juanita Carr, and the Defendant NCO Financial Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>July 5, 2012</u>

By <u>/s/J. Mark Meinhardt</u>
J. Mark Meinhardt, #53501
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:     (913) 451-9797
Facsimile:     (913) 451-6163
Email:         Mark@MeinhardtLaw.com
**ATTORNEY FOR PLAINTIFF**

Dated: <u>July 5, 2012</u>

By <u>/s/Richmond M. Enochs</u>
Richmond M. Enochs, #36819
Paul M. Croker, #57000
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
Telephone:     (913) 888-1000
Facsimile:     (913) 888-1065
Email:         renochs@wallacesaunders.com
Email:         pcroker@wallacesaunders.com
**ATTORNEY FOR DEFENDANT**